1  PAUL W. LEEHEY (SBN: 92009)
   LAW OFFICE OF PAUL W. LEEHEY
2  205 W. ALVARADO STREET
   FALLBROOK, CA 92028-2002
3  TELEPHONE (760) 723-0711

4  DONNIE R. COX (SBN: 137950)
   DENNIS B. ATCHLEY (SNB: 70036)
5  LAW OFFICES OF DONNIE R. COX
   402 NORTH NEVADA STREET
6  OCEANSIDE, CA 92054-2?
   TELEPHONE (760) 400-0?65
7
   ATTORNEY FOR PLAINTIFFS
8

   FILED
   2008 JAN 29 P 3:53
   RICHARD W. WIEKING
   CLERK
   U.S. DISTRICT COURT
   NO. DIST. OF CA. SJ

9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT, SAN JOSE DISTRICT

11 NOEL ALLEN AND ANALISA ALLEN, )    CASE NO:
   minors by and through their   )
12 Guardian Ad Litem, RICHARD H. )
   WEST                          )    NOTICE OF RELATED CASE
13                               )
             Plaintiff,          )    C08 00689
14                               )
                                 )                    HRL
15 vs.                           )
                                 )
16 COUNTY OF MONTEREY; LUCILLE   )
   HRALIMA as an employee of the )
17 COUNTY OF MONTEREY; STEVEN    )
   SINOR as an employee of the   )
18 COUNTY OF MONTEREY; MICHELLE  )
   CASSILLAS as an employee of   )
19 the COUNTY OF MONTEREY; PAT   )
   MANNION as an employee of the )
20 COUNTY OF MONTEREY; ELVA      )
   MANCILLA as an employee of the)
21 COUNTY OF MONTEREY; ADA       )
   SIFUENTES and ANTONIO         )
22 SIFUENTES, as agent and/or    )
   state actor of the COUNTY OF  )
23 MONTEREY;                     )
    and DOES 1 to 100,           )
24 Inclusive,                    )
                                 )
25         Defendants.           )

26     TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

27     PLEASE TAKE NOTICE that there is pending this District a case

28 related to the subject matter of the within action: Megan Deann

NOTICE OF RELATED CASE            1

Allen v. County of Monterey et. al., Case No. C-06-07293-RMW (hrl) filed on November 27, 2006.

This action is brought by NOEL ALLEN and ANALISA ALLEN, children of Megan Deann Allen, Plaintiff in Case No. C-06-07293-RMW (hrl), and involves the same and/or similar facts and circumstances of their wrongful removal, detention, and continued detention, the placement and their care and maintenance, and the death of their sibling Jamie Ceballos on November 27, 2005. This involves the actions of County of Monterey, et. al., Defendants herein and witnesses in the Megan Deann Allen action, as well as the polices, practices and procedures of the County of Monterey, a Defendant against whom recovery is being sought in both actions under 42 U.S.C. §1983 and *Monell v. Department of Social Services of New York* (1978) 436 U.S. 658 as well as related state constitutional and statutory grounds.

Assignment to the District Judge Ronald M. Whyte is likely to effect a saving of judicial effort and other economies as Judge Whyte is familiar with the facts and circumstances alleged in the Megan Deann Allen action, which similarly affect the liability of the Defendant herein.

Respectfully submitted,

DATED: 1/28/08

PAUL W. LEEHEY, attorney for Plaintiffs