United States District Court
For the Northern District of California

\* E-filed 1/31/08 \*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NOEL ALLEN and ANALISA ALLEN, minors by and through their Guardian Ad Litem, RICHARD H. WEST,<br><br>     Plaintiffs,<br><br>     v.<br><br>COUNTY OF MONTEREY, et al.<br><br>     Defendants. | Case No. CV 08-00689 HRL<br><br>**ORDER REFERRING CASE FOR RELATED CASE DETERMINATION**<br><br>Re: Docket No. 2 |

Plaintiffs in this action filed a Notice of Related Case. Pursuant to Civil Local Rule 3-12(c), this action is hereby referred to the judge presiding in *Allen v. County of Monterey, et al.*, C06-07293 RMW for a determination as to whether this action is related thereto within the meaning of Rule 3-12.

**IT IS SO ORDERED.**

Dated: 1/31/08

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1   THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:

2   Dennis Bernard Atchley   imsclaw@aol.com

3   Donnie R. Cox   drcoxlaw@aol.com, imsclaw@aol.com

4   Paul W. Leehey   pleehey@tfb.com

6   * Counsel are responsible for providing copies of this order to co-counsel.

8   Dated:  1/31/08

                                                    /s/ KRO
                                         Chambers of Magistrate Judge Lloyd

**United States District Court**
For the Northern District of California

2