IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOEL ALLEN, et al.,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF MONTEREY, et al.,<br><br>    Defendant. | ***E-FILED - 2/11/08***<br><br>CASE NO.: C-08-00689-RMW<br>*(Case is Related to C-06-07293-RMW)*<br><br>**CLERK'S NOTICE OF SETTING<br>CASE MANAGEMENT CONFERENCE** |

    PLEASE TAKE NOTICE that a Case Management Conference has been scheduled for **May 30, 2008 @ 10:30 a.m.**, before the Honorable Judge Ronald M. Whyte. Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are required to file a Joint Case Management Statement by May 23, 2008.

    If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

DATED: February 11, 2008

BY: _/s/ Jackie Garcia_
      JACKIE GARCIA
      Courtroom Deputy for
      Honorable Ronald M. Whyte

1
2  Copy of Order E-Filed to Counsel of Record:
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28