UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE PATRICIA V. TRUMBULL

Date: 4/25/08

Court Reporter:         Clerk:

Case No: C 06-7293 RMW         Case Title: Allen v. Co. of Monterey
Related to: C 08-00689 RMW

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Robert R. Powell (Megan Allen)<br>Donnie R. Cox (minor children) | Elizabeth Kessel (Co. Of Monterey)<br>Irene Takahashi (Sifuentes) |

## PROCEEDINGS

Pretrial Conferences:  [ ] Initial   [ ] Status   [ ] Discovery

[X] Settlement   [ ] Final

[ ] Other

| Pltf. | Deft. | **MOTIONS** |
|---|---|---|
| [ ] | [ ] | 1. |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

## DISPOSITION

[ ] Granted           [ ] Submitted           [ ] Settled

[ ] Denied            [ ] Briefs to be filed  [X] Not Settled

[ ] Granted in part, denied in part           [ ] Off Calendar

## ORDER TO BE PREPARED BY

[ ] Plaintiff    [ ] Defendant    [ ] Court    [ ] Court w/opinion

NOTES: 2 ½ hours