```
1  PAUL W. LEEHEY (SBN: 92009)
   LAW OFFICE OF PAUL W. LEEHEY
2  205 W. ALVARADO STREET
   FALLBROOK, CA  92028-2002
3  TELEPHONE (760) 723-0711

4  DONNIE R. COX (SBN: 137950)
   DENNIS B. ATCHLEY (SBN: 70036)
5  LAW OFFICE OF DONNIE R. COX
   402 NORTH NEVADA STREET
6  OCEANSIDE, CA 92054-2025
   TELEPHONE (760) 400-0263
7
   ATTORNEYS FOR PLAINTIFFS
8
```

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT, SAN JOSE DISTRICT

| | |
|---|---|
| Megan Deann Allen,<br>    Plaintiff<br>v.<br><br>County of Monterey; Lucille Hralima, Steven Sinor; Elva Mencia; Michelle Cassillas; Pat Mannion; Antonio Mendoza Ceballos; Ada Sifuentes; Antonio Sifuentes; and Does 1 to 30, inclusive, | Case No. C-06-07293-RMW(Hrl)<br><br>NOTICE OF SETTLEMENT OF ENTIRE CASE |
| N.A. AND A.A., minors by and through their Guardian Ad Litem, RICHARD H. WEST<br>    Plaintiff,<br>v.<br><br>COUNTY OF MONTEREY; LUCILLE HRALIMA as an employee of the COUNTY OF MONTEREY; STEVEN SINOR as an employee of the COUNTY OF OF MONTEREY; MICHELLE CASSILLAS as an employee of the COUNTY OF MONTEREY; PAT MANNION as an employee of the COUNTY OF MONTEREY; ELVA MANCILLA as an employee of the COUNTY OF MONTEREY; ADA SIFUENTES and ANTONIO SIFUENTES, as agent and/or state actor of the COUNTY OF MONTEREY; and Does 1 to 100,  Inclusive,<br>       Defendants. | Case No. C-08-000689-RMW(Hrl)<br><br>NOTICE OF SETTLEMENT OF ENTIRE CASE |

Notice of Tentative Settlement      1

1  Now comes the Plaintiff, Megan Deann Allen, in Case No. C-06-07293
2  by and through her attorneys of record, Law Offices of Robert Powell,
3  Robert R. Powell, Dennis B. Ingols, Douglas D. Durward, and Defendants
4  County of Monterey, Lucille Hralima, Steven Sinor, Elva Mancilla (sued
5  as Elva Mencia), Michelle Casilla (sued as Michelle Cassillas)and
6  Patricia Mannion(sued as Pat Mannion)by and through their attorneys
7  of record, Kessel & Associates, Elizabeth M. Kessel, and Defendants
8  Antonio Sifuentes and Ada Sifuentes, by and through their attorneys,
9  Irene Takahashi, Esq., of Lewis Brisbois Bisgaard & Smith LLP, and
10 submit their notice of tentative settlement.
11 Joining in Case No. C-08-00689, Plaintiffs N.A. and A.A., minors
12 by and through their guardian ad litem, Richard H. West, by and
13 through their attorneys of record, Law Office of Donnie R. Cox, Donnie
14 R. Cox, Dennis B. Atchley, Law Office of Paul W. Leehey, Paul W.
15 Leehey and Defendants County of Monterey, Lucille Hralima, Steven
16 Sinor, Elva Mancilla, Michelle Casilla, Patricia Mannion by and
17 through their attorneys of record, Kessel & Associates, Elizabeth M.
18 Kessel, and Defendants Ada Sifuentes and Antonio Sifuentes, by and
19 through their attorneys, Irene Takahashi, Esq., of Lewis Brisbois
20 Bisgaard & Smith LLP, and submit their notice of tentative settlement.
21 The parties in this case have reached a tentative agreement as to
22 a global settlement of both cases captioned above. Settlement of
23 these cases are conditioned upon the following:
24     (1) Approval of settlement by the Monterey County Board of
25         Supervisors.
26     (2) Approval of Minors' Compromise by this Court.
27 ///
28 ///

Notice of Tentative Settlement    2

1    The parties anticipate that 60 days will allow sufficient time for completing the remaining matters related to the settlement. Therefore, the parties request that the court schedule a Case Management Conference 60 days from the date of the filing of this document.

DATED: 5/5/08

LAW OFFICE OF DONNIE R. COX

_____
DONNIE R. COX, on behalf of Plaintiffs N.A. and A.A. by and through their Guardian Ad Litem, Richard H. West

DATED: _____

LAW OFFICE OF ROBERT R. POWELL

_____
Robert R. Powell, on behalf of Plaintiff Megan Deann Allen

DATED: _____

LEWIS BRISBOIS BISGAARD & SMITH LLP

_____
Irene Takahashi, on behalf of Defendants Ada Sifuentes and Antonio Sifuentes

DATED: _____

KESSEL & ASSOCIATES

_____
Elizabeth M. Kessel, on behalf of Defendants County of Monterey, Lucille Hralima, Steven Sinor, Elva Mancilla, Michelle Casilla, Patricia Mannion

1  The parties anticipate that 60 days will allow sufficient time for completing the remaining matters related to the settlement. Therefore, the parties request that the court schedule a Case Management Conference 60 days from the date of the filing of this document.

DATED: _____                    LAW OFFICE OF DONNIE R. COX

                                     _____
                                     DONNIE R. COX, on behalf of
                                     Plaintiffs N.A. and A.A. by
                                     and through their Guardian
                                     Ad Litem, Richard H. West

DATED: _____                    LAW OFFICE OF ROBERT R.
                                     POWELL

                                     _____
                                     Robert R. Powell, on behalf
                                     of Plaintiff Megan Deann
                                     Allen

DATED: 5/2/08                        LEWIS BRISBOIS BISGAARD &
                                     SMITH LLP

                                     _____
                                     Irene Takahashi, on behalf
                                     of Defendants Ada Sifuentes
                                     and Antonio Sifuentes

DATED: _____                    KESSEL & ASSOCIATES

                                     _____
                                     Elizabeth M. Kessel, on
                                     behalf of Defendants County
                                     of Monterey, Lucille
                                     Hralima, Steven Sinor, Elva
                                     Mancilla, Michelle Casilla,
                                     Patricia Mannion

1  The parties anticipate that 60 days will allow sufficient time for
2  completing the remaining matters related to the settlement.
3  Therefore, the parties request that the court schedule a Case
4  Management Conference 60 days from the date of the filing of this
5  document.

DATED: _____        LAW OFFICE OF DONNIE R. COX

                        _____
                        DONNIE R. COX, on behalf of
                        Plaintiffs N.A. and A.A. by
                        and through their Guardian
                        Ad Litem, Richard H. West

DATED: _____        LAW OFFICE OF ROBERT R.
                        POWELL

                        _____
                        Robert R. Powell, on behalf
                        of Plaintiff Megan Deann
                        Allen

DATED: _____        LEWIS BRISBOIS BISGAARD &
                        SMITH LLP

                        _____
                        Irene Takahashi, on behalf
                        of Defendants Ada Sifuentes
                        and Antonio Sifuentes

DATED: 5-2-08           KESSEL & ASSOCIATES

                        /s/ Elizabeth M. Kessel
                        _____
                        Elizabeth M. Kessel, on
                        behalf of Defendants County
                        of Monterey, Lucille
                        Hralima, Steven Sinor, Elva
                        Mancilla, Michelle Casilla,
                        Patricia Mannion

3

1   The parties anticipate that 60 days will allow sufficient time for
2   completing the remaining matters related to the settlement.
3   Therefore, the parties request that the court schedule a Case
4   Management Conference 60 days from the date of the filing of this
5   document.

6
7   DATED: _____                           LAW OFFICE OF DONNIE R. COX

8                                              _____
                                               DONNIE R. COX, on behalf of
                                               Plaintiffs N.A. and A.A. by
9                                              and through their Guardian
                                               Ad Litem, Richard H. West
10
11  DATED: 5/5/08                              LAW OFFICE OF ROBERT R.
                                               POWELL
12
                                               *RR Powell*
13                                             _____
                                               Robert R. Powell, on behalf
                                               of Plaintiff Megan Deann
14                                             Allen

15
    DATED: _____                           LEWIS BRISBOIS BISGAARD &
16                                             SMITH LLP

17
                                               _____
18                                             Irene Takahashi, on behalf
                                               of Defendants Ada Sifuentes
19                                             and Antonio Sifuentes

20
    DATED: _____                           KESSEL & ASSOCIATES
21

22
                                               _____
                                               Elizabeth M. Kessel, on
23                                             behalf of Defendants County
                                               of Monterey, Lucille
24                                             Hralima, Steven Sinor, Elva
                                               Mancilla, Michelle Casilla,
25                                             Patricia Mannion

26
27
28

3