```
 1  PAUL W. LEEHEY (SBN: 92009)
    LAW OFFICE OF PAUL W. LEEHEY
 2  205 W. ALVARADO STREET
    FALLBROOK, CA  92028-2002
 3  TELEPHONE (760) 723-0711

 4  DONNIE R. COX (SBN: 137950)
    DENNIS B. ATCHLEY (SNB: 70036)
 5  LAW OFFICES OF DONNIE R. COX
    402 NORTH NEVADA STREET
 6  OCEANSIDE, CA 92054-2025
    TELEPHONE (760) 400-0263
 7
    ATTORNEY FOR PLAINTIFFS
 8
```

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT, SAN JOSE DIVISION

| | |
|---|---|
| NOEL ALLEN AND ANALISA ALLEN, minors by and through their Guardian Ad Litem, RICHARD H. WEST,<br><br>        Plaintiffs,<br><br>vs.<br><br>COUNTY OF MONTEREY; LUCILLE HRALIMA as an employee of the COUNTY OF MONTEREY; STEVEN SINOR as an employee of the COUNTY OF MONTEREY; MICHELLE CASSILLAS as an employee of the COUNTY OF MONTEREY; PAT MANNION as an employee of the COUNTY OF MONTEREY; ELVA MANCILLA as an employee of the COUNTY OF MONTEREY; ADA SIFUENTES and ANTONIO SIFUENTES, as agent and/or state actor of the COUNTY OF MONTEREY; and DOES 1 to 100, Inclusive,<br><br>        Defendants. | CASE NO: C08 00689 RMW<br><br>**EX PARTE APPLICATION TO SEAL ORIGINAL COMPLAINT AND AMEND CAPTION AND DECLARATION OF COUNSEL FOR PLAINTIFFS IN SUPPORT THEREOF** |

///

///

///

---

EX PARTE APPLICATION TO SEAL
ORIGINAL COMPLAINT AND AMEND CAPTION    1

1  COMES NOW, the Plaintiffs by and through their attorney of
2  record, respectfully moving the Court to enter it's order as
3  follows:
4  1.   That the original complaint and all subsequent documents
5  filed in this matter which include the full names of Plaintiff
6  minors (hereinafter referred to by their initials N.A. (DOB:
7  02/18/00) and A.A. (DOB: 03/07/99)) shall be sealed from public
8  review and access, including not being accessible on ECF/Pacer,
9  unless otherwise ordered or authorized by the Court; except that
10 counsel of record for the parties may review said documents unless
11 otherwise ordered by the Court.
12 2.   That all further references to Plaintiff minors in any
13 pleadings filed with the Court shall be referenced by the Plaintiff
14 minors initials (N.A. and A.A.).

**DECLARATION OF COUNSEL**

16 I, DONNIE R. COX, hereby declare:
17 1. I am one of the attorneys of record for Plaintiff minors in the
18    above District Court matter and am a licensed attorney in all
19    of the courts of the State of California and this Federal
20    District Court.
21 2. I personally prepared this application and I declare all
22    representations therein to be true and correct.
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

EX PARTE APPLICATION TO SEAL
ORIGINAL COMPLAINT AND AMEND CAPTION     2

3. That the interest of the privacy and the minor Plaintiffs will be served by the Court's entry of the orders as requested hereinbefore in this application.

I declare, under penalty of perjury, pursuant to the laws of the State of California and the United States of America.

DATED: 4/10/08

DONNIE R. COX, attorney
Plaintiffs