```
 1  PAUL W. LEEHEY (SBN: 92009)
    LAW OFFICE OF PAUL W. LEEHEY
 2  205 W. ALVARADO STREET
    FALLBROOK, CA  92028-2002
 3  TELEPHONE (760) 723-0711

 4  DONNIE R. COX (SBN: 137950)
    DENNIS B. ATCHLEY (SNB: 70036)
 5  LAW OFFICES OF DONNIE R. COX
    402 NORTH NEVADA STREET
 6  OCEANSIDE, CA 92054-2025
    TELEPHONE (760) 400-0263
 7
    ATTORNEY FOR PLAINTIFFS
 8
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT, SAN JOSE DIVISION

| | | |
|---|---|---|
| N. A. AND A. A., minors by through their Guardian Ad Litem, RICHARD H. WEST | ) ) ) ) | CASE NO: C08 00689 RMW |
| Plaintiffs, | ) ) | **ORDER ON EX PARTE TO SEAL ORIGINAL COMPLAINT, AND AMEND CAPTION** |
| vs. | ) ) | |
| COUNTY OF MONTEREY; LUCILLE HRALIMA as an employee of the COUNTY OF MONTEREY; STEVEN SINOR as an employee of the COUNTY OF MONTEREY; MICHELLE CASSILLAS as an employee of the COUNTY OF MONTEREY; PAT MANNION as an employee of the COUNTY OF MONTEREY; ELVA MANCILLA as an employee of the COUNTY OF MONTEREY; ADA SIFUENTES and ANTONIO SIFUENTES, as agent and/or state actor of the COUNTY OF MONTEREY; and DOES 1 to 100, Inclusive, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

   COMES NOW, the Court, and upon good cause shown enters it's Orders as follows:

   1.   That the original complaint and all subsequent documents filed in this matter which include the full names of Plaintiff

---

ORDER ON EX PARTE TO SEAL
ORIGINAL COMPLAINT, AND AMEND CAPTION      1

1 | minors (hereinafter referred to by their initials N.A. (DOB:
2 | 02/18/00) and A.A. (DOB: 03/07/99)) shall be sealed from public
3 | review and access, including not being accessible on ECF/Pacer,
4 | unless otherwise ordered or authorized by the Court; except that
5 | counsel of record for the parties may review said documents unless
6 | otherwise ordered by the Court.
7 |     2. That all further references to Plaintiff minors in any
8 | pleadings filed with the Court shall be referenced by the Plaintiff
9 | minors initials (N.A. and A.A.).

10 |                                         IT IS SO ORDERED
11 |
12 | DATED: _____
13 |                                         JUDGE RONALD M. WHYTE, U.S.
                                        DISTRICT COURT JUDGE NORTHERN
                                        DISTRICT CALIFORNIA, SAN JOSE
14 |                                         DIVISION

15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER ON EX PARTE TO SEAL
ORIGINAL COMPLAINT, AND AMEND CAPTION   2