LAW OFFICES OF DONNIE R. COX
DENNIS B. ATCHLEY, SBN 70036
DONNIE R. COX, SBN 137950
402 North Nevada Street
Oceanside, CA 92054-2025
(760) 400-0263

LAW OFFICES OF PAUL W. LEEHEY
PAUL W. LEEHEY SBN 92009
205 W. Alvarado
Fallbrook California 92028
(760) 723-0711

ATTORNEYS FOR PLAINTIFF
A.A. and N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.A and N.A., by and through their Guardian Ad Litem, Richard H. West<br>Plaintiff,<br><br>vs.<br><br>COUNTY OF MONTEREY, et al.<br><br>Defendants. | Case No.: 08-00689 RMW (Hrl)<br><br>DECLARATION OF SERVICE |

I, Linda Haase declare as follows:

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 402 North Nevada Street, Oceanside, CA 92054.

On May 5, 2008, I caused to be delivered the foregoing document described as EX PARTE APPLICATION TO SEAL ORIGINAL COMPLAINT AND AMEND CAPTION AND DECLARATION OF COUNSEL FOR PLAINTIFFS IN SUPPORT THEREOF on all interested

parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

BY:

( X) <u>MAIL</u> I am readily familiar with the practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service and caused such envelope, with postage thereon fully prepaid to be placed in the United States mail at Oceanside, California. (CCP §1013 and 1013(a)(3), addressed as follows:

Irene Takahashi, Esq.
LEWIS BRISBOIS BISGAARD & SMITH LLP
One Sansome Street, Ste. 1400
San Francisco, CA 94104

Elizabeth M. Kessel, Esq.
KESSEL & ASSOCIATES
2410 Beverly Blvd.
Los Angeles, CA 90057

PAUL W. LEEHEY, ESQ.
205 WEST ALVARADO STREET
FALLBROOK, CA 92028

( ) <u>BY E-FILING</u> I served each of the above-referenced documents by e-filing.

( ) <u>PERSONAL SERVICE</u>

I caused the afore mentioned documents to be delivered as follows:

( ) <u>FACSIMILE</u>

Facsimile/telecopier ("FAX") machine in Oceanside, California as follows:

( )<u>BY E-MAIL VIA PDF/ADOBE.</u> I e-mailed such documents(s) via pdf to the email addressed posted below. A print out of my e-mail transmission is attached to this Proof of Service – Per agreement with Defendants Counsel:

(x) Service performed via E-filing with the United States District Court, Northern District. A true and correct copy of the Court's confirmation is attached to the Declaration of Service

I declare I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this proof of service was executed on May 5, 2008 at Oceanside, California.

_____
Linda Haase