UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: April 18, 2008

Case No. C-06-07293-RMW    JUDGE: Ronald M. Whyte
*(Related to C-08-00689-RMW)*

MEGAN DEANN ALLEN    -V- COUNTY OF MONTEREY, et al.
Title

D. Ingols, D. Cox          S. Boyer, A. Yew
Attorneys Present          Attorneys Present

COURT CLERK: Jackie Garcia     COURT REPORTER: Not Reported

PROCEEDINGS

CASE MANAGEMENT CONFERENCE

ORDER AFTER HEARING

Hearing Held. The parties want to wait to consolidate cases until after May 9th. There are discovery requests pending in state court. The parties request a referral to a magistrate judge for a settlement conference. The Court ordered the parties to Magistrate Judge Trumbull for a settlement conference on 4/25/08 @ 10:00 am.