IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN DEANN ALLEN,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF MONTEREY, et al.,<br><br>    Defendants.<br>_____<br>N.A. and A.A., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF MONTEREY, et al.,<br><br>    Defendants. | ***E-FILED - 5/22/08***<br>CASE NO.: C-06-07293-RMW<br><br><br><br><br><br>CASE NO.: C-08-00689-RMW<br><br><br><br>**CLERK'S NOTICE RE: SETTLEMENT** |

    The Court having been notified on May 5, 2008 that the parties have reached a settlement. The parties are advised that a Case Management Conference has been set for **July 25, 2008 @ 10:30 a.m.**, before the Honorable Judge Ronald M. Whyte.  Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

    If the settlement is **final**, counsel are required to file a dismissal with the Court by July 21, 2008 and contact the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

DATED: May 22, 2008

By: _/s/ Jackie Garcia_____
    JACKIE GARCIA
    Courtroom Deputy for
    Honorable Ronald M. Whyte

1
2  Copy of Order E-Filed to Counsel of Record:
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28