```
1  Donnie R. Cox, Esq. SBN: 137950
   Dennis B. Atchley, Esq. SBN: 70036
2  LAW OFFICES OF DONNIE R. COX
   402 North Nevada Street
3  Oceanside, CA 92054-2025
   (760) 400-0263
4
   Paul W. Leehey,   SBN: 92009
5  LAW OFFICE OF PAUL W. LEEHEY
   205 W. Alvarado Street
6  Fallbrook, CA  92028-2002
   Telephone (760) 723-0711
7
   ATTORNEY FOR PLAINTIFFS
8
9
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| N. A. AND A. A., minors by and through their Guardian Ad Litem, RICHARD WEST<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; et al,<br><br>Defendants. | CASE NOS: C-08-00689 RMW (hrl)<br><br>NOTICE OF FILING MANUALLY |

Please take notice that Plaintiffs, N. A. and A. A., minors, by and through their Guardian ad Litem, RICHARD WEST, by and through their attorneys of record, Donnie R. Cox, Dennis B. Atchley and Paul W. Leehey has manually filed the following documents:

1. Supplemental Declaration of Donnie R. Cox in Support of Compromise of Disputed Claim of Minors A.A. and N.A. pursuant to CCP § 372. Probate Code Section 3601.

2. Declaration of Richard H. West, Guardian Ad Litem, In support of Compromise of Disputed Claim of Minors A.A. and N.A. pursuant to CCP§372. Probate Code Section 3601.

---

NOTICE OF MANUAL FILING            1

1  The above documents contain attorney-client privileged
2  information.
3  DATED: 7/8/08

LAW OFFICE OF DONNIE R. COX

_____
DONNIE R. COX, on behalf of
Plaintiffs N.A. and A.A. by
and through their Guardian
Ad Litem, Richard H. West