1

2

3

4

5

6

7

*E-FILED - 7/23/08*

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | N.A. and A.A., minors by and through their Guardian Ad Litem, RICHARD H. WEST, | Case No. C-08-00689-RMW

ORDER APPROVING COMPROMISE OF DISPUTED CLAIMS OF MINORS AND AWARD OF ATTORNEY'S FEES

13                    Plaintiffs,

14  vs.

15  COUNTY OF MONTEREY; LUCILLE
    HRALIMA as an employee of the COUNTY
16  OF MONTEREY; STEVEN SINOR as an
    employee of the COUNTY OF MONTEREY;
17  MICHELLE CASSILLAS as an employee of
    the COUNTY OF MONTEREY; PAT
18  MANNION as an employee of the COUNTY
    OF MONTEREY; EVLA MANCILLA as an
19  employee of the COUNTY OF MONTEREY;
    ADA SIFUENTES and ANTONIO
20  SIFUENTES, as agent and/or state actor of the
    COUNTY OF MONTEREY; and Does 1 to
21  100, Inclusive,

22                    Defendants.

23

24      Richard H. West, Guardian Ad Litem for minors N.A. and A.A., seeks court approval of the

25  compromise of said minors' claims and payment of attorney's fees.  The court previously approved

26  the settlement subject to further proof as to the reasonableness of the attorney's fees requested.

27  Petitioner seeks approval of fees in the amount of $100,000 or 33⅓ % of the gross recovery for the

28  minors.  Counsel waives their costs of $2657.39.

Order Re Petition for Compromise of Disputed Claim of Minor
Case No. C-08-00689-RMW

1    The court is satisfied that the settlement is in the best interest of each of the minors

2 considering the amount to be paid and the structure of the settlements.  In fact, the settlement seems

3 very favorable to the minors based upon the circumstances.  Normally, the court would hesitate to

4 authorize payment in excess of 25% of the net recovery as a contingent fee.  However, given the

5 result, the work that was involved and the difficult factual and legal issues, the court is willing in

6 this case to authorize the requested amount.

7    Although the lodestar calculation is in excess of the fees requested, the court does find the

8 calculation inflated by excessive hourly rates by three separate attorneys and by generous allocations

9 of time.[1]  Nevertheless, the superior result merits a premium over the usual 25% contingency fee for

10 minors.

11    The court approves the purchase of the proposed annuities at this time and awards $100,000

12 in attorney's fees.

13

14 DATED: 7/23/08

15

16

17                              RONALD M. WHYTE
                                United States District Judge

18

19

20

21

22

23

24

25

26

27    [1]The court generally does not see secretarial charges in addition to attorney's fees which is

28 particularly questionable here where the attorney's rates are high.

Order Re Petition for Compromise of Disputed Claim of Minor
Case No. C-08-00689-RMW

2