IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

N.A. and A.A.,

   Plaintiff,

   -v-

COUNTY OF MONTEREY, et al.,

   Defendant.

*E-FILED - 7/23/08*

CASE NO.: C-08-00689-RMW

**SEALING ORDER**

IT IS HEREBY ORDERED that plaintiff's supplemental declaration of Donnie R. Cox and declaration of Richard H. West in support of compromise of disputed claim of minors, A.A. and N.A. lodged with the court on July 7, 2008 shall be filed under seal.

IT IS SO ORDERED.

DATED: July 23, 2008

_____
RONALD M. WHYTE
United States District Judge

1
2
3
4  Copy of Order E-Filed to Counsel of Record:
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28