```
Donnie R. Cox, Esq. SBN: 137950
Dennis B. Atchley, Esq. SBN: 70036
LAW OFFICES OF DONNIE R. COX
402 North Nevada Street
Oceanside, CA 92054-2025
(760) 400-0263

Paul W. Leehey,   SBN: 92009
LAW OFFICE OF PAUL W. LEEHEY
205 W. Alvarado Street
Fallbrook, CA  92028-2002
Telephone (760) 723-0711

ATTORNEY FOR PLAINTIFFS
```

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| N. A. AND A. A.,<br>minors by and through<br>their Guardian Ad Litem,<br>RICHARD WEST<br><br>    Plaintiffs,<br><br>  v.<br><br>COUNTY OF MONTEREY; et al,<br><br>    Defendants. | CASE NO: C-08-00689 RMW (hrl)<br><br>REQUEST FOR DISMISSAL OF ENTIRE ACTION |

COMES NOW Plaintiffs, N.A. and A.A., minors by and through their Guardian Ad Litem, Richard H. West, Esq. and through their attorney of record, Donnie R. Cox to state settlement agreement has been reached by all parties.

N.A. and A.A. will each receive $100,000.00 each to be deposited into a structured annuity through Ringler and Associates. Attorneys' fees are approved as ordered on July 23, 2008, in the amount of $100,000.00.

///

///

---

REQUEST FOR DISMISSAL OF ENTIRE ACTION
Case No. C-08-00689-RMW                                1

1     Pursuant to the settlement reached by all parties on June 10,
2 2008, Plaintiffs are dismissing with prejudice the above-entitled
3 action.

4

5 Dated: July 23, 2008
                                       DONNIE R. COX, ATTORNEY FOR
                                       PLAINTIFFS

6

7 Dated: July 23, 2008                   *signature via facsimile*
                                       RICHARD H. WEST, Guardian
8                                        Ad Litem

9
                            **IT IS SO ORDERED**
10

11
  Date: _____, 2008
12                                      RONALD M. WHYTE
                                     UNITED STATES DISTRICT JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1 |     Pursuant to the settlement reached by all parties on June 10,
2 | 2008, Plaintiffs are dismissing with prejudice the above-entitled
3 | action.
4 |
5 | Dated: July 23, 2008
6 |                                  DONNIE R. COX, ATTORNEY FOR PLAINTIFFS
7 | Dated: July 23, 2008
8 |                                  RICHARD H. WEST, Guardian Ad Litem
9 |
10 |                       **IT IS SO ORDERED**
11 |
12 | Date: _____, 2008
13 |                                  RONALD M. WHYTE
                                    UNITED STATES DISTRICT JUDGE