```
 1  Donnie R. Cox, Esq. SBN: 137950
    Dennis B. Atchley, Esq. SBN: 70036
 2  LAW OFFICES OF DONNIE R. COX
    402 North Nevada Street
 3  Oceanside, CA 92054-2025
    (760) 400-0263
 4
    Paul W. Leehey,   SBN: 92009
 5  LAW OFFICE OF PAUL W. LEEHEY
    205 W. Alvarado Street
 6  Fallbrook, CA  92028-2002
    Telephone (760) 723-0711
 7                                          *E-FILED - 7/23/08*
    ATTORNEY FOR PLAINTIFFS
 8
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| N. A. AND A. A., minors by and through their Guardian Ad Litem, RICHARD WEST<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF MONTEREY; et al,<br><br>    Defendants. | CASE NO: C-08-00689 RMW (hrl)<br><br>REQUEST FOR DISMISSAL OF ENTIRE ACTION<br><br>AND ORDER |

COMES NOW Plaintiffs, N.A. and A.A., minors by and through their Guardian Ad Litem, Richard H. West, Esq. and through their attorney of record, Donnie R. Cox to state settlement agreement has been reached by all parties.

N.A. and A.A. will each receive $100,000.00 each to be deposited into a structured annuity through Ringler and Associates. Attorneys' fees are approved as ordered on July 23, 2008, in the amount of $100,000.00.

///

///

---

REQUEST FOR DISMISSAL OF ENTIRE ACTION
Case No. C-08-00689-RMW                    1

1     Pursuant to the settlement reached by all parties on June 10,
2 2008, Plaintiffs are dismissing with prejudice the above-entitled
3 action.

4

5 Dated: July 23, 2008

                                    DONNIE R. COX, ATTORNEY FOR
                                    PLAINTIFFS

6

7 Dated: July 23, 2008                signature via facsimile
                                    RICHARD H. WEST, Guardian
8                                     Ad Litem

9                         **IT IS SO ORDERED**

10

11

12 Date: _____, 2008

                                  RONALD M. WHYTE
                                  UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  Pursuant to the settlement reached by all parties on June 10,
2  2008, Plaintiffs are dismissing with prejudice the above-entitled
3  action.

4
5  Dated: July 23, 2008
   _____
   DONNIE R. COX, ATTORNEY FOR
   PLAINTIFFS
6
7  Dated: July 23, 2008
   _____
   RICHARD H. WEST, Guardian
   Ad Litem
8
9
              IT IS SO ORDERED
10
11 Date: 7/23, 2008
   *Ronald M. Whyte*
   _____
12            RONALD M. WHYTE
              UNITED STATES DISTRICT JUDGE
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

REQUEST FOR DISMISSAL OF ENTIRE ACTION
Case No. C-08-00689-RMW                    2